IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

FILED
IN OPEN COURT

JUL 21 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 4:21cr6 |
| | ) |
| NATHAN DeALBERT MATTOCKS, | ) |
| | ) |
| Defendant. | ) |

### VERDICT FORM

We the jury, unanimously find the defendant, NATHAN DeALBERT MATTOCKS:

**COUNT 1:** With respect to Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, Methamphetamine and Fentanyl:

Guilty ✓          Not Guilty _____

**COUNT 2:** With respect to Count 2, Possession with the Intent to Distribute Cocaine:

Guilty _____          Not Guilty ✓

**COUNT 3:** With respect to Count 3, Possession with Intent to Distribute Heroin:

Guilty _____          Not Guilty ✓

**COUNT 4:** With respect to Count 4, Possession with Intent to Distribute Methamphetamine:

Guilty ✓          Not Guilty _____

**COUNT 5:** With respect to Count 5, Possession with Intent to Distribute Cocaine:

Guilty _____          Not Guilty ✓

**COUNT 6:** With respect to Count 6, Possession with Intent to Distribute Fentanyl:

Guilty ✓  Not Guilty _____

**COUNT 7:** With respect to Count 7, Carry, Possess, Brandish, Discharge a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime:

Guilty ✓  Not Guilty _____

**NOTE:** If your answer to Count 7 is "Not Guilty," do not answer the following question. If your answer for Count 7 is "Guilty," please answer the following question for Count 7:

With respect to Count 7, mark all that apply in regard to the firearm.

During and in relation to and in furtherance of the drug trafficking crime the defendant:

 ✓  Possessed the firearm

 ✓  Brandished the firearm

 ✓  Discharged the firearm

**COUNT 8:** With respect to Count 8, Carry, Possess a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime:

Guilty ✓  Not Guilty _____

**COUNT 9:** With respect to Count 9, Felon in Possession of a Firearm:

Guilty ✓  Not Guilty _____

**COUNT 10:** With respect to Count 10, Tampering with a Witness by Physical Force or Threat:

Guilty ✓  Not Guilty _____

**COUNT 11:** With respect to Count 11, Tampering with a Witness by Physical Force or Threat:

Guilty ✓  Not Guilty _____

**COUNT 12:** With respect to Count 12, Retaliating Against a Witness:

Guilty ✓        Not Guilty _____

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

**COUNT 13:** With respect to Count 13, Retaliating Against a Witness:

Guilty ✓        Not Guilty _____

**COUNT 14:** With respect to Count 14, Obstruction of Justice:

Guilty ✓        Not Guilty _____

So Say We All, this 21 day of July 2022.

REDACTED COPY

_____
JURY FOREPERSON   at 3:50 pm

*United States v. Nathan DeAlbert Mattocks*
4:21cr6