11/22/2022

To the Honorable Court.

My name is Jennifer Mattocks. I am the mother of Nathan Mattocks, that is coming before you for his sentencing hearing.

My Son Nathan is a good person even though the charges he is facing might direct you to think different of him. My Son is not perfect he is a man that has been caught up in an addiction to drugs, like so many others have as well. Nathan has a good heart and would take the shirt off his back for someone in need. I've seen him help many people to fix odds and ends for those unable to do it or could not afford to pay anyone to do the work. Shirt was not a factor, if he could help he would. He loves children and they love him back.

he'd make time for them for whatever they needed. Homework, practice, haircuts, or just to talk if they needed to. When they were having a bad day, he'd love to read to them, always wanting to know their ideas and help them create and build things. Or just tell them his ideas. That's where his clothing line came from. Well he wants to start one. He's drawn designs, and we have shown his designs where as they think he has really got a chance with it. And this he has done himself. He has a good head on his shoulders. He as well as so many need help with their addiction, not to just be thrown away. I'm so sorry he got side tracked. Unfortunly the

drugs clouded his judgment. So many cannot control their, the need help. Good people, professional people loose control from addiction. I pray for all of them. I pray you see he's not the person he's made out to be, but one of many needing help. Thank you for your time.

It seems all involved have drug problems I pray not just my Son but that they all get help.

Jennifer Mallocks